# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00507-CR

**Juan Deltoro, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-18-204174, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Juan Deltoro was convicted by a jury of aggravated assault causing serious bodily injury. *See* Tex. Penal Code § 22.02(a)(1). He elected to have the trial court decide his punishment, *see* Tex. Code Crim. Proc. art. 37.07(2)(b), and the trial judge, after finding the enhancement paragraphs of the indictment to be true, sentenced appellant to confinement for twenty-eight years in the Texas Department of Criminal Justice pursuant to the habitual offender punishment provision of the Penal Code. *See* Tex. Penal Code § 12.42(d).

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See Anders v. California*, 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Appellant's counsel has certified to this Court

that she sent copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and provided a motion to assist appellant in obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744.

Appellant requested access to the appellate record, and, pursuant to this Court's order, the clerk of the trial court provided written verification to this Court that the record was provided to appellant. *See Kelly*, 436 S.W.3d at 321. Appellant requested an extension of time to file a response, which this Court granted, and appellant filed a pro se response. However, appellant did not identify any arguable grounds for appeal in his responses.[1]

We have conducted an independent review of the record—including the record of the trial proceedings below, appellate counsel's brief, and appellant's pro se response—and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and the appeal is frivolous. Counsel's motion to withdraw is granted. The trial court's judgment of conviction is affirmed.

---

[1] In his response, appellant asserts that portions of the clerk's record and reporter's record have been omitted; contends that several State's witnesses provided "false testimony"; complains about the admission of prejudicial autopsy photographs of the victim; argues that his appointed attorneys, who represented him prior to his retained trial counsel, rendered ineffective assistance by not filing motions; and raises a claim of a double-jeopardy violation.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Affirmed

Filed:   January 8, 2021

Do Not Publish